# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

### CIVIL NO. 1:02CV243

| | |
|---|---|
| JERRY TRULL; DON HENSON; FLOYD SUTTON; EARL JOHNSON; RODERICK ROGERS; and JOYCE RIGGS, Individually and as Representative of a class of all persons similarly situated, </br></br> Plaintiffs, </br></br> Vs. </br></br> DAYCO PRODUCTS, LLC; MARK IV INDUSTRIES, INC.; DAYCO PRODUCTS, INC. MEDICAL PLAN; and MARK IV INDUSTRIES, INC. AND SUBSIDIARIES GROUP WELFARE BENEFIT PROGRAM, </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) **O R D E R** ) ) ) ) ) ) ) ) ) ) |

**THIS MATTER** is before the Court *sua sponte* to seal certain documents attached to the Plaintiffs' Filing of Information Sufficient to Allow a Determination of Damages as Awarded by Jury Verdict, filed May 24, 2005.

Due to the sensitive nature of the attachments to the above pleading and to preserve the confidentiality of personal information regarding the Plaintiffs,

**IT IS, THEREFORE, ORDERED** that the attachments numbered 1 through 6 included with the Plaintiffs' Filing of Information Sufficient to Allow a Determination of Damages as

Awarded by Jury Verdict, filed May 24, 2005, are hereby **SEALED** until further order of this Court.

**Signed: May 25, 2005**

Lacy H. Thornburg
United States District Judge