FILED
ASHEVILLE, N.C.
NOV 7 2005
U.S. DISTRICT COURT
W. DIST. OF N.C.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

| | |
|---|---|
| JERRY TRULL, *et al.*,<br><br>        Plaintiffs<br><br>v.<br><br>DAYCO PRODUCTS, LLC, *et al.*,<br><br>        Defendants. | Civil Action No.: 1:02CV243<br><br>Hon. Lacy H. Thornburg |

## AMENDMENT TO PROTECTIVE ORDER

Pursuant to stipulation of the parties, the Protective Order entered in this action by the United States District Court for the Southern District of Ohio on May 10, 2002, is hereby amended as follows:

Materials that were designated "CONFIDENTIAL" or "CONFIDENTIAL – COUNSEL ONLY" pursuant to this Order may be used by either party to this litigation for purposes of litigation in Riggs, et al. v. Dayco Products, LLC, et al., Civil Action No. 1:05CV91. All such materials shall remain subject to the materially identical protective order entered by the Court in the Riggs action except to the extent that confidentiality with respect to particular materials has been waived by placing those materials in the public record or has otherwise been waived in writing. Paragraph 15 of this Order shall not take effect until all litigation in both this action and in the Riggs action has been concluded.

Signed: 11-5- , 2005

Lacy H. Thornburg
United States District Judge

**WE STIPULATE TO ENTRY OF THE ABOVE ORDER:**

Attorneys for Defendants

Dated: October 14, 2005

By: *(signature)*
VARNUM, RIDDERING, SCHMIDT
& HOWLETT LLP
JOHN W. ALLEN
DAVID E. KHOREY
JOSEPH VOGAN
ANTHONY R. COMDEN
Bridgewater Place
P.O. Box 352
333 Bridge Street, N.W.
Grand Rapids, Michigan 49501-0352
Telephone: (616) 336-6000
Facsimile: (616) 336-7000

Attorneys for Plaintiffs

Dated: Oct. 14, 2005

By: *(signature)* Julia Penny Clark
BREDHOFF & KAISER, P.L.L.C.
Julia Penny Clark
805 Fifteenth Street, N.W., Suite 1000
Washington, DC 20005
Telephone: (202) 842-2600
Facsimile: (202) 842-1888

2

Amendment to Protective Order

Jerry Trull, et al.
vs.
Dayco Products, LLC, et al.
Civil Case No. 1:02CV243