IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:02CV243

| | |
|---|---|
| **JERRY TRULL,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| **DAYCO PRODUCTS, LLC,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court upon the Plaintiffs' motions for admission *pro hac vice* of Todd E. Edelman and Dora V. Chen, to appear as counsel in this matter, filed May 30, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiffs' motion is **ALLOWED**, and Todd E. Edelman and Dora V. Chen are hereby granted special admission to the bar of this Court, payment of the admission fees having been received by the Clerk of this Court.

Signed: May 31, 2006

Dennis L. Howell
United States Magistrate Judge