**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO. 1:02CV243**

| | | |
|---|---|---|
| **JERRY TRULL, *et al.*,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **Vs.** | ) | **O R D E R** |
| | ) | |
| **DAYCO PRODUCTS, LLC, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

      **THIS MATTER** is before the Court upon the Plaintiffs' motion for an order enlarging time to engage in discovery concerning the issue of reopening the record related to United Health Care discovery. The Defendants oppose the motion.

      For the reasons stated in the Plaintiffs' initial motion and supplement thereto,

      **IT IS, THEREFORE, ORDERED** that Plaintiffs' motion is **ALLOWED**, and the period for additional discovery shall extend to and including July 14, 2006, for the limited purpose of taking the deposition of United Heath Care pursuant to Fed. R. Civ. P. 30(b)(6).

2

Signed: June 30, 2006

Lacy H. Thornburg
United States District Judge