# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

## CIVIL NO. 1:02CV243

| | |
|---|---|
| **JERRY TRULL, *et al.*,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **Vs.** ) | **O R D E R** |
| ) | |
| **DAYCO PRODUCTS, LLC, *et al.*,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**THIS MATTER** is before the Court on Plaintiffs' motions to reopen

the record as to Count VII to supplement evidence, for an order converting

the Preliminary Injunction for Subclass A to a permanent injunction and

terminate the requirement of a bond, and for an order enlarging time for

discovery concerning the UHC issue.

On March 2, 2007, the Court held a fairness hearing and granted the

parties' joint motion for the provisional approval of the settlement

agreement reached herein.  Therefore, the Court finds the Plaintiffs'

pending motions have been rendered moot.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' motions

enumerated above are hereby **DENIED** as moot.

Signed: March 16, 2007

Lacy H. Thornburg
United States District Judge